No. 13–0390/AR. U.S. v. Dyana T. Thomas. CCA 20100182. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 22, 2013.

No. 13–0443/AR. U.S. v. Dustin R. Hogan. CCA 20110172. Appellant's motion to extend time to file the petition for reconsideration out of time is denied.

No. 14–0093/AR. U.S. v. Ryan R. Davidson. CCA 20110512. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 22, 2013.

No. 14–0095/AF. U.S. v. Benjamin R. Loveridge. CCA 37872. On consideration of Appellant's 'Motion to treat out of time motion to reconsider before the Air Force Court of Criminal Appeals as a timely filed motion to reconsider,' which this Court construes as a motion to extend time to file the supplement to the petition for grant of review, said motion is hereby granted to October 24, 2013.

No. 14–0098/AF. U.S. v. David D.B. Luckado. CCA 37962. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 24, 2013.

Tuesday, October 8, 2013

No. 13–0715/AF. U.S. v. Andrew P. Witt. CCA 36785. On consideration of Appellee's motion to dismiss the petition for grant of review, motion to submit document, and second motion to submit document, it is ordered that Appellee's motion to submit document is hereby denied, that Appellee's second motion to submit document is hereby granted, and that Appellee's motion to dismiss the petition for grant of review is hereby granted without prejudice.

No. 14–0001/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellant's *third* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 18, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0046/AR. U.S. v. Edwin M. Rivers. CCA 20110309. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 23, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0100/AF. U.S. v. Jason Thompson. CCA S31996. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 28, 2013.

